STATE OF NEW JERSEY v. WILLIAM FULLER.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. FLOYD TERRY.

March 30, 1971. Petition for certification denied.

BOROUGH OF SPRING LAKE v.
RICHARD D. GUNNING, *ET AL.*

March 30, 1971. Petition for certification denied.

LARAINE FANTASIA v.
HESS OIL & CHEMICAL CORP., *ETC.*, *ET AL.*

March 30, 1971. Petition for certification denied. (See 113 *N. J. Super.* 229.)

STATE OF NEW JERSEY v. MICHAEL HALTNER.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN TAYLOR.

March 30, 1971. Petition for certification denied.